# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 23-cr-442-1 (CJN) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **KHALIL FELDER,** | : | 21 U.S.C. §§ 841(a)(1), |
| **a.k.a. KHALIL HEWITT** | : | 841(b)(1)(B)(iv), and 846 |
| | : | (Conspiracy to Distribute and Possess |
| | : | with Intent to Distribute 40 Grams or |
| | : | More of a Mixture and Substance |
| | : | Containing a Detectable Amount of |
| | : | Fentanyl) |
| | : | |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |
| | : | (Using, Carrying, and Possessing a |
| | : | Firearm in Furtherance of a Drug |
| | : | Trafficking Offense) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853(a) and (p) |
| | : | 18 U.S.C. § 924(d) |
| | : | 28 U.S.C. § 2461(c) |

## INFORMATION

The United States charges that:

## COUNT ONE

From on or about October 2022 and continuing to on or about December 13, 2023, within the District of Columbia and elsewhere, the defendant, **KHALIL FELDER, a.k.a. KHALIL HEWITT**, did knowingly and willfully combine, conspire, confederate and agree together, and with other persons both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II narcotic drug controlled substance, and the amount

of said mixture and substance was 40 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi) and 846.

(**Conspiracy to Distribute and Possess with Intent to Distribute 40 Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi), and 846.)

## COUNT TWO

On or about December 13, 2023, within the District of Columbia, **KHALIL FELDER, a.k.a. KHALIL HEWITT**, did unlawfully and knowingly use and carry, during and in relation to, and did possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is, Count One of this Information which is incorporated herein, two firearms: one Glock 36 firearm, bearing S/N EVW994, and one Springfield Hellcat firearm, bearing S/N BA103522.

(**Using, Carrying, and Possessing a Firearm in Furtherance of a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

2. Upon conviction of the offense alleged in Count Two of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the willful commission of this offense, including one Glock 36 handgun, and one Springfield Hellcat firearm, recovered on December 13, 2023 in the defendant's residence, located

at 4 I Street SE, Washington, D.C.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461, Title 21, United States Code, Section 853(a) and (p))

EDWARD R MARTIN JR
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:   /s/
Andrea Duvall
Assistant United States Attorney
AR Bar No. 2013114
Violence Reduction & Trafficking Offenses Section
601 D Street, NW, 5th Floor
Washington, D.C. 20530
202-394-3006
Andrea.duvall@usdoj.gov